Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT

FEB 2 6 2025

for the

District of MARYLAND

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

_____ Division

John Michael Miller Jr 155250 )
)
)
**Plaintiff(s)** )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
Jeffrey R. Gahler Sheriff )
Paul O Cole - Chaplain )
LT- Chester - chief of Security )
)
**Defendant(s)** )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Miller, John M
Block: A Block
Kosher, No Soy

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | John Michael Miller Jr |
| All other names by which you have been known: | |
| ID Number | 155250 |
| Current Institution | Harford County Detention Center |
| Address | 1030 Rock Spring rd |
| | Bel Air               Md        21014 |
| | *City*            *State*            *Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeffrey R. Gahler |
| Job or Title *(if known)* | Sheriff |
| Shield Number | |
| Employer | Harford County Sheriffs office/Detention Center |
| Address | 1030 Rock Spring rd |
| | Bel Air               Md        21014 |
| | *City*            *State*            *Zip Code* |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Lt. Chester |
| Job or Title *(if known)* | Chief of Security |
| Shield Number | |
| Employer | 1030 Rock Harford County Detention Center |
| Address | 1030 Rock Spring rd |
| | Bel Air               Md        21014 |
| | *City*            *State*            *Zip Code* |

☒ Individual capacity     ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                     _Paul Cole, 1st_
    Job or Title *(if known)*   _Chaplain_
    Shield Number
    Employer           _Harford County Detention Center_
    Address

        _Bel Air_           _Md_        _21014_
        *City*            *State*      *Zip Code*

    ☐ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                     _Daniel Galbraith_
    Job or Title *(if known)*   _Warden under the Sheriff_
    Shield Number
    Employer           _Harford County Detention Center_
    Address            _1030 Rock Spring Rd_

        _Bel Air_        _Md_        _21014_
        *City*            *State*      *Zip Code*

    ☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_1st Amendment, Religious Rights under (RLUIPA), 8th Amendment, as well as_

_14th Amendment_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I am a Jewish Kosher eating individual with a Soy allergy. 9/17/24 allergy was verified by medical. I was provided No-Soy Kosher diet from 9/17/24. Filed several grievances because of continually being served Soy. Someone has now retaliated against me (Lt Chester) for filing those grievances and terminated my No-Soy diet and is being served Soy. They will not respond to requests for who is responsible.

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*    _____

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 9/5/24 I was booked into Harford County Detention Center after being placed on medical observation from being fed Soy and passing out and vomiting. I my soy allergy was verified 9/17/24 after filing grievances on being served Soy on 5 different occasions I was retaliated against and my NO soy diet was terminated on 2/4/24

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

9/17/24 Soy allergy was verified on 2/19/25 was taken off NO-Soy diet is retaliation for filing Grievances jeapordizing my life.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On 9/17/24 medical verified my Soy allergy. After writing several grievances about Soy products being fed to me putting my life at risk, LT Chester ordered medical to test me again. I refused having already had been Medically verified on 9/17/24. I was retaliated against by being taken off a NO-Soy diet and now am being fed a Soy diet intentionally, which depriving me of food causing weight loss and mental anguish. The chaplain has interogated me several times is an attempt to deprive me of my religious Rights.

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

On 9/5/24 upon reception I informed intake officer I am Jewish and only eat Kosher food and that I have a allergy to Soy. The jail served me Soy products for several days causing me to vomit profusely and go without eating anything from 9/5/24 until 9/17/24 after being put on Medical observation due to losing consciousness and vomiting after being served Soy products.

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to grant a temporary Injunction prohibiting this Jail from serving me Soy and Soy by products which could possibly cause death. I want to hold a hearing on this matter and in seeking 1,500,000.00 Millions in punitive damages for intentionally retaliating against me and putting me in fear of losing my life and actually using food as punishment and retaliating against me for exercising my grievance Rights.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harford County Detection Center, Harford County Md, Bel Air 21014

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? But because of my grievance filing for Rights violations this and several other grievances have disappeared. I have copies of several that have been ignored and disappeared.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.  If you did file a grievance:

1. Where did you file the grievance?

Hasford County Detention Center 1030 Rock spring d Bel Air Md 21014 where it took place

2. What did you claim in your grievance?

Same things with this this filing as well as it being the 5th time that the institution or its 3rd party contractor attempted to Kill me with Soy products

3. What was the result, if any? My Grievance was once again made to vanish with no response yet I have proof I turned it in, I had Sgt Hudson make me a copy of my last two since most of my grievances dealing with Constitutional Right violations are being disappeared.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

LT Chester who is the chief of Security and handles all Grievances is Making all my valid grievances that have Merit disappear as she is friends or family of my alleged victim and is retaliating against me for My meritorious complaints Knowing I was planning to file suit.

F.      If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Sgt Hudson was informed as she made me copies of the grievances for me after telling her my grievances are being ignored and discarded.

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. This dissapearance of my grievances has not been done several times now. And its actively being done in a violation of Due process Right to Pro Se representation, obstruction of justice claim as well.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    ~~Plaintiff(s)~~
    Defendant(s) → Baltimore County Detention Center

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    US. District, S Baltimore Md

3.  Docket or index number

    Unsure

4.  Name of Judge assigned to your case

    Dont recall

5.  Approximate date of filing lawsuit

    April 2021

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    Judgement entered in my favor, Case Settled for Undisclosed Sum of money with a N.D.A.

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2/23/2025

Signature of Plaintiff    *John Michael Miller x Agent/Person*

Printed Name of Plaintiff    *John Michael Miller x*

Prison Identification #    155250

Prison Address    1030 Rock Spring Rd Bel Air Md

Bel Air                   Md        21014

    City                   State        Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

    City        State        Zip Code

Telephone Number    _____

E-mail Address    _____