

# HARFORD COUNTY SHERIFF'S OFFICE

### Inmate Internal Grievance



| PART I | | | |
|---|---|---|---|
| Inmate Name: John Miller Jr | | Inmate Number: 155 250 | Housing Area: A block cell 2 |
| Grievance Against: | ☐ Property ☐ Medical ☒ Food Services ☐ Classification ☐ Work Release  ☐ Staff Member ☐ Commissary ☒ Other: | | |
| Receiving Deputy Name & ID#: Cpl Hudson #802 | | Date Received: 2-15-25 | Time: 2046 |
| Grievance Number (Issued by Chief of Security): | | | |
| Reviewed By Chief of Security: | | Date: | Time: |
| Forward To: | | Date: | Time: |
| Forward To: | | Date: | Time: |

### PART II GRIEVANCE (Narrative by Inmate):

Since my last Grievance just mysteriously keeps disappearing I'll write another On 2/8/25 I received as "Otis Spunkmeyer" Wild berry flavored Muffin" for breakfast. As I was about to eat this muffin from my Kosher NO SOY "diet" my "paranoia" kicked in as the Kitchen staff has attempted to Kill me several times now by giving me food items with SOY in it so before eating it I began to read the contents of the package and right there on the package big as day "CONTAINS SOY" so I threw it in the toilet angry. ~~because~~ because this has happened ~~multiple~~ MULTIPLE times now as verified by Grievance #s 24-000-337, 24-000-0244, 24-000-0257, 24-000-434 I am even afraid to eat the so called "Soy free" peanut butter im provided 3 ~~times~~ a day because im in fear of possibly dying from Kitchens staffs Negligence. The sticker that is put on my Meal container says big as Day NO SOY. How Negligent ~~too~~ or illiterate does a person have to be to serve me SOY Products not ~~at~~ once but Multiple times placing my life in jeopardy. The Harford county Detention Center, regardless of having a 3rd party food contractor is responsible for my life, my safety and my well being! Now were going to Court, im done.

Miller, John M
Block: A Block
Kosher, No Soy

| Inmate Signature: John Michael Miller x ALL RIGHTS RESERVED | Date: 2/15/25 | Time: 7:00 pm |
|---|---|---|

Revised: 04/24

DC-110A

DISTRIBUTION: Original = To Classification
Copies = To Operations Division Commander
To Support Division Commander
To Inmate

Miller, John M
Block: A Block
Kosher, No Soy

# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance

### PART I

| Inmate Name: John Miller J | | Inmate Number: 155250 | Housing Area: J Dorm |
|---|---|---|---|
| Grievance Against: | ☐ Property ☐ Medical ☒ Food Services ☐ Classification ☐ Work Release ☐ Staff Member ☐ Commissary ☐ Other: | | |

| Receiving Deputy Name & ID#: Bosworth 1418 | Date Received: 10/30/24 | Time: 2015 |
|---|---|---|

| Grievance Number (Issued by Chief of Security): 24-000-337 | | |
|---|---|---|
| Reviewed By Chief of Security: | Date: | Time: |
| Forward To: | Date: | Time: |
| Forward To: | Date: | Time: |

### PART II GRIEVANCE (Narrative by Inmate):

I'm allergic to Soy I made this detention center aware of this at my inception with this facility on 9/5/24 I'm also Jewish and only eat Kosher food and also made the facility aware of this and wasn't approved for the Kosher med program until 9/11/24 and was continuously fed Soy products until 9/17/2024 when Medical verified my allergy to SOY. During this time I passed out twice on 9/6/24 or 9/7/24 and was transferred to Medical observation were I was fed Soy products and vomited several times putting my life in jeopardy. I wrote several grievances numbered 24-000-0244 / 24-000-0254 concerning my Kosher meals and Soy products. Sgt Lynch has been a big help in getting things corrected. Yet Every single day I'm provided a drink mix pack that is Manufactured in a facility That processes SOY. Now on Oct 20, 2024 @ 4:15 pm Deputy Dugan issued me a meal provided by summit foods that had Soybean oil and Soy in it. Product was Salsbury Steak by Meal Mart. Today Oct 30, 2024 Deputy Bosworth served me Salsbury steak again which contains Soy. All 3 meals I'm given a drink mix Packet from Institutional Product Supply Distributed by Shaver Foods. This institution and Summit foods is jeopardizing my life, health and safety. These actions violate my Constitutional Rights and are deliberately indifferent to my wellbeing I Need the Name of the Supervisor on The evening shift as well as the Name of the Food Services Director for Remedy and Recourse purposes. This only happens on the evening Meal shift when Sgt Lynch leaves or the weekends

| Inmate Signature: John Michael Miller Jr All RIGHTS RESERVED | Date: 10/30/24 | Time: 7:53pm |
|---|---|---|

Revised: 04/24

DC-110A

Miller, John M
Block: A Block
Kosher, No Soy



# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance Response

**Inmate Name**: Miller, John

**Grievance #**: 24-000-337

### INMATE GRIEVANCE RESPONSE AND RATIONALE

I sent your Grievance to Sgt. Lynch, and this is his response.
Sgt. Lynch met with you on 10/31/24 to discuss your receipt of the Soy Kosher meal on multiple occasions.

You indicated that each time you received this meal, you returned it to your end officer, and the kitchen staff promptly provided a suitable replacement. Additionally, you expressed concern that the drink packets might be at risk for cross-contamination with soy during manufacturing. To ensure your dietary requirements are met, the kitchen has replaced your drink packet with milk.
To prevent repetitive meals, the kitchen has been directed to rotate among five kosher and soy-free meal options. Sgt. Lynch followed up with you on 11/4/24, and you confirmed that the recent meals have met your expectations.

If you encounter any further issues with your meal service, please follow these steps:
1.Notify your end officer immediately so the kitchen can address the issue.
2.If the issue is not resolved to your satisfaction, you may request to speak with a supervisor.
3.For further concerns, you may submit a DC-129 form directly to Sgt. Lynch, who will review the matter.

We appreciate your cooperation and are committed to ensuring that all meals meet dietary and safety standards.

| Reviewer Name:<br>Lt. Howell | Reviewer Signature:<br>*LT. Howell* | ID #:<br>492 | Date:<br>11/6/2024 |
| --- | --- | --- | --- |

Revised: 04/24

DISTRIBUTION: Original = To Classification
Copies = To Operations Division Commander
To Support Division Commander
To Inmate

DC-110B



# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance

| PART I | | | | |
|---|---|---|---|---|
| Inmate Name: John MILLER JR | | | Inmate Number: 155250 | Housing Area: GEN 1 |
| Grievance Against: | ☐ Property ☐ Medical ☒ Food Services ☐ Classification ☐ Work Release ☐ Staff Member ☐ Commissary ☐ Other: | | | |
| Receiving Deputy Name & ID#: Bauen #1377 | | | Date Received: 9/15/24 | Time: 19 38 hrs |
| Grievance Number (Issued by Chief of Security): 24-000-0294 | | | | |
| Reviewed By Chief of Security: LT. Howell | | | Date: 9/20/24 | Time: 1013 |
| Forward To: SgT. Lynch | | | Date: 9/17/24 | Time: 0926 |
| Forward To: | | | Date: | Time: |

### PART II GRIEVANCE (Narrative by Inmate):

Inmates that are detained are supposed to receive 3400 calories a day. Unless the inmate is on a medically prescribed diet or "2400" cardio diet. Generally populated inmates are to receive this 3400 calorie diet per day. Inmates receiving Religious Meals under the Religious Land Use and Institutionalized persons ACT (RLUIPA) are to receive the SAME CALORIC INTAKE AS other similarly situated detainees. The KOSHER MEAL IS NOT A "Diet" meal. And FOOD CANNOT BE USED AS PUNISHMENT towards those Religious inmates.

Now with that being said I am a Kashrut eating Jewish inmate. ON average my meals calorie count is 320 calories per main course for ~~Both~~ Lunch & dinner add two tortilla shells every meal 200 more calories and every single meal I'm given 3 packs of peanut butter. less than a total of 600 calories per lunch and dinner meal. Every single morning I'm given a bowl of corn flakes 100 calories a bag of milk 110 cals and 3 packs of peanut butter the tortilla shells. This is every single day. Ontop of this I'm allergic to SOY so I get sick from eating Soy products and byproducts. I had to take "Baltimore County jail" to court over these same issues and WON BIG in putting the

| Inmate Signature: John M. Miller jr    ALL RIGHTS RESERVED | Date: 9/15/2024 | Time: 7:20 pm |
|---|---|---|

Miller, John M.
Block: A Block
Kosher, No Soy

DC-110A

DISTRIBUTION: Original = To Classification
Copies = To Operations Division Commander
To Support Division Commander
To Inmate

Detention Center on notice that I plan to file a §1983 suit and seek an injunction if this clear denial of my Religious Rights under the (RLUIPA) are not addressed. I sent the Kitchen a 129 already to notify them of these RIGHTS VIOLATIONS. I also informed them they are also in violation of C.O.O.M.A.R. because they are supposed to have menus posted throughout the facility that have been approved by a dietician annually which also state Caloric Counts for all portions being served. These are INMATE Rights according to the state of Md, The federal Government and The Religious Land USE and Institutionalized PERSONS ACT

This institution has a freedom from discrimination policy based upon race, ethnicity or RELIGION, and in deff being discriminated against when it comes to my Calorie Count as well as the other Jewish inmates who will join my class action if Neccessary. I am requesting I receive my state and federally prescribed 3200 calories a day like other similiarly situated/detained inmates across the state of Md. I am also requesting the Food Service workers follow the guidlines of CoMAR putting Menues across the jail ~~self~~ that have been approved by a certified dietician with said dieticians credentials like the law states. I am also requesting that I receive my religious meals without SOY/soy products I'm allergic and I still must be given my Kosher/Kashrut meals according to my religion and I stop getting punished by receiving the same food every single meal. Peanut butter they try to boost calories with contains SOY



# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance Response

**Inmate Name:** Miller, John

**Grievance #:** 24-000-244

### INMATE GRIEVANCE RESPONSE AND RATIONALE

On 9/17/2024, Sgt. Lynch received a grievance from Inmate John Miller Jr. #155250, dated 9/15/2024, regarding concerns that his Kosher meals were not providing the required caloric intake. Inmate Miller also mentioned that his meals contained soy, to which he is allergic. It should be noted that a DC-129 form, submitted on 9/12/2024, had already been received by the kitchen, outlining the same concerns.

Sgt. Lynch began his investigation and contacted the dietician from Summit Foods and confirmed that Inmate Miller's Kosher meals provided the same caloric intake as the regular meals. However, on 9/17/2024, Sgt. Lynch learned that Inmate Miller was refusing his meal because it contained soy. After speaking with Medical staff member Rachel Fynn, Sgt. Lynch discovered that Inmate Miller had seen a physician earlier that day and was granted a no-soy diet. The kitchen had not yet been informed of this change before the lunch service, nor had they received the necessary paperwork to implement the new diet.

Sgt. Lynch visited Inmate Miller to discuss the issue in person. He explained that the kitchen staff had not been notified of the no-soy dietary requirement in time for lunch, which is why his meal still contained soy. Inmate Miller, understanding the miscommunication, accepted the explanation and agreed to take the meal that had been provided, despite it not fully adhering to his new dietary restrictions. Sgt. Lynch also took the opportunity to explain the challenges involved in providing no-soy Kosher meals in a correctional environment. Since the meals are prepackaged and tailored to meet specific Kosher guidelines, it would take additional time for the kitchen to develop a suitable alternative that meets both the no-soy requirement and the Kosher dietary laws. He assured Inmate Miller that the kitchen would work on creating a new dietary plan that would address his needs moving forward.

In addition to addressing the soy concern, Sgt. Lynch spoke with Inmate Miller about the caloric intake issue. He explained that he had spoken to the Summit Foods dietician and confirmed that Inmate Miller's meals were providing the appropriate number of calories, consistent with the meals provided to other inmates. After discussing the matter, Inmate Miller acknowledged that his dietary concerns were being taken seriously and appreciated Sgt. Lynch's efforts in investigating the issue.

Inmate Miller expressed satisfaction with the steps being taken to resolve his grievance and stated his desire to "sign off" on the grievance. Sgt. Lynch assured him that he would finalize the grievance process, ensuring that the necessary changes were communicated to the kitchen. Before concluding their conversation, Sgt. Lynch instructed Inmate Miller to submit another DC-129 form directly to him if any further issues with his meals arose, so they could be promptly addressed.

Inmate Miller was given the correct meal (no soy, Kosher) for dinner on 9/17/2024.

| Reviewer Name:<br>Lt. Howell | Reviewer Signature:<br>LT. Howell | ID #:<br>492 | Date:<br>9/20/2024 |
| --- | --- | --- | --- |

Revised: 04/24

DC-110B

DISTRIBUTION: Original = To Classification
Copies = To Operations Division Commander
To Support Division Commander
To Inmate

②

# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance

### PART I

| Inmate Name: John M. Miller Jr | Inmate Number: 155250 | Housing Area: G-Dorm |
|---|---|---|

| Grievance Against: | ☐ Property ☐ Medical ☒ Food Services ☐ Classification ☐ Work Release ☐ Staff Member ☐ Commissary ☐ Other: |
|---|---|

| Receiving Deputy Name & ID#: VMAY #1131 | Date Received: 9-22-24 | Time: 2125 |
|---|---|---|

Grievance Number (Issued by Chief of Security): 24-000-0257

| Reviewed By Chief of Security: LT. Howell | Date: 9/30/24 | Time: 1138 |
|---|---|---|

| Forward To: | Date: | Time: |
|---|---|---|

| Forward To: | Date: | Time: |
|---|---|---|

### PART II GRIEVANCE (Narrative by Inmate):

I am Jewish and receive the jails Kosher meals. I am being discriminated against Because of my religious meal preference. I am also allergic to Soy/soy by products. Under the Religious Land Use and Institutionalized persons ACT 42 USC § 2000 cc, I am to receive Kosher meals equivolent in Calories to other "similarly situated inmates". I've now had enough of the meals to have my Rabbi Tobeshnas to go on the "MEAL MART" Web page to give me the Nutritional values for each meal we received now since 9/17/24. These meals are less than 400 calories a piece. I've continuosly received the same 300 calorie breakfast of corn flakes 100 calories Milk 110 calories Peanut Butter (I'm allergic to Soy) so I can't eat that and diabetic jelly (I'm not a diabetic) and a Corn Tortilla (God knows what in supposed to eat with it) I have sent my tray back when it has Peanut butter on it and its removed and replaced with Nothing Officer Latter did it to me today when I asked to speak to a Sgt or LT to address this ONGOING issue she told me NO Other "Similarly situated" Inmates Never receive the same meal every single day. There is No compelling state interest to Justify giving me the same meal for Breakfast other than discrimination and Cruel and unusual punishment. It does not Meet the required daily Caloric intake PERIOD It serves only to Keep Jewish inmates from repeating the diet as a deterence and violates my RIGHT To EQUAL TREATMENT. I've received the exact same Meal for Lunch 2 dinner for 3 days in a Row now again violating my RIGHT

| Inmate Signature: John M Miller Jr | Miller, John M Block: A Block Kosher, No Soy | Date: 9/22/24 | Time: 6:45 pm |
|---|---|---|---|

Revised: 04/24

DC-110A

DISTRIBUTION: Original = To Classification
Copies = To Operations Division Commander
To Support Division Commander
To Inmate

Under (RLUIPA) 8th amendment Cruel Behavior Punishment and Equal treatment Act of Similarly situated Inmates. On Average since the 9/17/24 Ive received 1600 calories a day far less then the prescribed allowance for a new medical diet eating inmate as yo and I both know After looking into Summit Foods policies, and what is given to me daily the Detention Center and Summit foods is being put on notice if this is not corrected immediately in filing 42USC§1983 federal lawsuit and seeking injunction to request a Food monitor since apparently no one in Summit foods and this Detention center Knows how to actually count calories for proper food preperation when it comes to Religious Kosher/Kashrut eating Jews in your custody and care. In fact since 9/17/24 due to my allergy to Soy being confirmed by ~~medically~~ medical the Kitchen and its staff has placed Peanut butter/Soybean product on my tray Every single ~~Day~~ putting my life in jeopardy and continuosly giving me less calories than other Similarly situated inmates. Ontop of it Summit foods keeps serving me Dietetic Jelly and im not a Diabetic its simply to substitute empty calories instead of ~~food~~ calories another way of punishing the Jew for requiring a Kashrut/Kosher ~~and~~ Religious meal. When I ~~o~~ returned my tray to officer Laker today explaining it once again had Soy/peanut butter on it she took my tray and returned it without a food substitute for the Soy products im allergic to violating my Rights to Equal treatment. Then because I asked for a Sgt or Lt to ~~xxxxx~~ provide remedy and recourse she told me NO! Then when I asked for a grievance she told me NO! Another officer provided me one. Then she come back in threatening me asking do I want to come out in the hallway. Then told me ~~xxxxxxxxxx~~ your gonna lose! and it going be unfounded I have called ~~xxxxxxxxxxxxx~~! Keep her from Near me. Then out of punishment Summit foods stopped serving me Flour tortilla shells in place of stale corn shells attentus to collect to Sgt Hatcher who told me write ALL RIGHTS RESERVED  John M. Muller Jr 15250

ALL RIGHTS RESERVED

# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance Response

**Inmate Name**: Miller, John

**Grievance #**: 24-000-257

### INMATE GRIEVANCE RESPONSE AND RATIONALE

I sent your Grievance to Sgt. Lynch, and this is his response.

Inmate John Miller Jr. #155250 filed a grievance on 9/22/24, expressing concerns about the caloric intake of his meals and the inclusion of peanut butter containing soy, which he is allergic to. Upon receiving notification of the grievance on Monday, 9/23/24, Sgt. Lynch immediately investigated the situation. Sgt. Lynch had previously spoken with Summit Foods' dietician, who assured him that all of Inmate Miller's meals meet the same caloric intake standards as those provided to the general population. Therefore, the concern about caloric intake has been investigated and found to meet appropriate nutritional requirements.

Regarding the peanut butter containing soy, Sgt. Lynch was already aware of Inmate Miller's soy allergy, which was medically confirmed on 9/17/24. At that time, Inmate Miller had been approved by medical to receive a no-soy diet. Sgt. Lynch personally informed Inmate Miller on that same day that there may be a delay while sourcing appropriate Kosher, no-soy products for him. Inmate Miller understood the situation and was cooperative during the discussion.

On 9/23/24, Sgt. Lynch received a DC-129 form from Inmate Miller that was nearly identical to the grievance previously filed. To address the issue further, Sgt. Lynch contacted Summit Foods again to ensure that peanut butter and diabetic jelly, which contain soy, were immediately discontinued from his meal plan. Sgt. Lynch also spoke with FSD Klass, who confirmed that no-soy products were on order to meet Inmate Miller's dietary requirements.

By Wednesday, 9/25/24, Inmate Miller's meals were adjusted according to the updated meal plan provided by the dietician. These meals were designed to eliminate soy from his diet while maintaining the required caloric intake and adhering to Kosher standards.

On Friday, 9/27/24, Sgt. Lynch met with Inmate Miller to check on the status of his meals. Inmate Miller informed Sgt. Lynch that, while his meals had generally improved since the implementation of the new plan on 9/25/24, there were a few occasions where the food served was undercooked. This issue was addressed immediately, and the kitchen staff adjusted their procedures. Due to the fact that Inmate Miller's Kosher meals are sealed, it was difficult to properly check the temperature of the trays before service. However, the kitchen has since modified their cooking process to ensure his meals are prepared thoroughly, and Inmate Miller confirmed that the meals have been better since then.

Sgt. Lynch reiterated to Inmate Miller that if any future issues arise with his meals, he should submit a DC-129 form so they can be addressed promptly. Sgt. Lynch and the kitchen staff will continue to monitor Inmate Miller's meals to ensure all of his dietary needs are met moving forward.

| Reviewer Name:<br>Lt. Howell | Reviewer Signature:<br>L.T. Howell | ID #:<br>#492 | Date:<br>9/30/2024 |
|---|---|---|---|

Revised: 04/24

DC-110B

DISTRIBUTION: Original = To Classification
Copies = To Operations Division Commander
To Support Division Commander
To Inmate

4)



# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance

### PART I

Inmate Name: L. John Miller

Inmate Number: 155250

Housing Area: A-block cell 2

Grievance Against: ☐ Property ☐ Medical ☒ Food Services ☐ Classification ☐ Work Release ☐ Staff Member ☐ Commissary ☒ Other:

Receiving Deputy Name & ID#: BBP 1355

Date Received: 2·5·24    Time: 1806

Grievance Number (Issued by Chief of Security): 24-000-434

Reviewed By Chief of Security: S.Y. Chester 458    Date: 7/9/24    Time: 1515hrs

Forward: Sgt Lynch    Date: 7/9/24    Time: 1815hrs

Forward To:    Date:    Time:

### PART II GRIEVANCE (Narrative by Inmate):

I'm on a Kosher diet and an allergic to Soy. I'm only given 5 different Meal choices out of 21 meals in a 7 day period. So its obvious this is unequal treatment as opposed to "other similarly situated inmates" whos Meals repeat about every 2-3 weeks. I've been writing down what I receive and when. I get Chicken Soup, Beef stuffed cabbage, Gifelte fish, Beef Goulash and I'm supposed to get "Roasted chicken" but haven't received that Meal for over two weeks since Deputy Laker decided to shake our tier down for returning a chicken bone which is so soft its edible on the tray. The bones are Literally Edible from the preservative as they are in the Chicken Soup. This is the Meals I received for Lunch and dinner since Monday.

Mon / Tu / Wed / Thur

| | |
|---|---|
| Beef stuffed cabbage | Beef Goulash |
| Beef stuffed Cabbage | Beef stuffed Cabbage sent it back |
| Beef stuffed cabbage | Chicken Motzah Ball soup |
| Beef Goulash | Beef stuffed Cabbage |
| Lunch | Dinner |

I would like a copy of my meal plan certified by a dietician as one is supposed to be posted in every B-housing unit. Also the

Inmate Signature: John M. Miller  ALL RIGHTS RESERVED    Date: 12/5/24    Time: 5:10pm

Miller, John M
Block: A Block
Kosher, No Soy

DISTRIBUTION: Original = To Classification
Copies = To Operations Division Commander
To Support Division Commander
To Inmate

DC-110A

# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance Response

**Inmate Name**: Miller, John #155250

**Grievance #**: 24-000-434

### INMATE GRIEVANCE RESPONSE AND RATIONALE

Inmate Miller, John #155250 completed a DC110A on 12/5/2024, in reference to his displeasure of the selection of meals he is receiving. Inmate Miller is on a a no-soy, religious and medical requirement diet.

The grievance was forwarded to Sgt. Lynch who is the supervisor of the Kitchen. Sgt. Lynch responded on 12/13/2024, with the following.

Inmate John Miller (#155250), who follows a Kosher, no-soy diet due to religious and medical requirements, submitted a grievance regarding his meal options. Summit Food Services prepares meals in accordance with a dietitian-approved Kosher no-soy meal plan.

Meal Plan Adjustments:

Initially, bone-in meal options were excluded due to security and safety concerns. However, after a thorough review and approval by Captain Jenkins, roasted chicken and bone-in salmon have been reinstated as part of the approved meal offerings.
Current Meal Options:
The following entrée options are now available:
- Roasted Chicken
- Chicken Soup
- Stuffed Cabbage
- Beef Goulash
- Bone-in Salmon

Please note that cream cheese for bagels is not part of the approved meal plan and will not be provided.
Attached:

The approved meal plan for Inmate Miller is included for your reference.
Steps for Addressing Meal Concerns:
If you experience further issues with your meal service, please follow these steps:
1. Notify the officer assigned to your area immediately so the kitchen staff can address the issue.
2. If the issue remains unresolved, you may request to speak with a supervisor.
3. For further concerns, submit a DC-129 form directly to Sgt. Lynch, who will review and address the matter.

We appreciate your understanding and cooperation. Our commitment remains to provide meals that meet both dietary requirements and facility safety standards.

| Reviewer Name: Lt. Y. Chester | Reviewer Signature: | ID #: 458 | Date: 12/13/2024 |
| --- | --- | --- | --- |

Revised: 04/24

DC-110B

DISTRIBUTION: Original = To Classification
Copies = To Operations Division Commander
To Support Division Commander
To Inmate



# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance

### PART I

| Inmate Name: John Miller Jr | Inmate Number: 135250 | Housing Area: A-Block |
|---|---|---|

| Grievance Against: | ☐ Property ☐ Medical ☐ Food Services ☐ Classification ☐ Work Release ☒ Staff Member ☐ Commissary ☐ Other: | | |
|---|---|---|---|

| Receiving Deputy Name & ID#: Vinay #1131 | Date Received: 1-23-25 | Time: 1700 |
|---|---|---|

Grievance Number (Issued by Chief of Security): **25-000-0014**

| Reviewed By Chief of Security: S. Y. Chester | Date: 1/27/25 | Time: 1479hrs |
|---|---|---|

| Forward To: Sgt. Lynch - F.O.U. | Date: 1/27/25 | Time: 1130hrs |
|---|---|---|

| Forward To: | Date: | Time: |
|---|---|---|

### PART II GRIEVANCE (Narrative by Inmate)

Several Months ago Sgt Lynch and the food service director consulted the chaplains because My Kosher food items were being put on Non Kosher food trays and carts. The issue was solved by putting the Kosher food items inside of baggies and placing my Kosher meal in a Styrofoam tray and putting my Main course inside a bag wrapped around my entire meal as its often placed on other inmates non Kosher food trays and carts. which completely nullifies the Kosherness of the meal when it comes into contact with Non Kosher food/trays or even the cart that All the Non Kosher food is wheeled around on. So after 4 months of this practice being implemented to make sure my Kosher items as well as their containers didn't come into contact with Non Kosher Food/utilities Sgt Smithson/Lt Howell have ordered that the plastic bag be taken off my meals consistently causing my meals and their containers to come into contact with Non Kosher items. But I can have trash bags in my cell. If this isn't remedied im going to open every meal and throw it on the tier as its nolonger Kosher. I don't care about the consequences when theyre only doing it to harass me So I will continue to trash the tier until it stops. I will give 5 days to remedy the harassment or your officers can clean the mess.

| Inmate Signature: John Miller Jr | Date: 1-23-25 | Time: 5:00 pm |
|---|---|---|

Revised: 04/24

Miller, John M
Block: A Block
Kosher, No Soy

DC-110A

DISTRIBUTION: Original = To Classification
Copies = To Operations Division Commander
To Support Division Commander
To Inmate



# HARFORD COUNTY SHERIFF'S OFFICE

## Inmate Internal Grievance Response

**Inmate Name**: Miller, John #155250

**Grievance #**: 25-000-0014

### INMATE GRIEVANCE RESPONSE AND RATIONALE

Inmate John Miller #155250 completed a DC110A in reference to his kosher diet being comprised by non-kosher diet food trays due to the way it is delivered from the kitchen. The grievance was forwarded to Sgt. Lynch who is the Food Service Liaison on 1/27/2025, for review.

Grievance review from Sgt. Lynch.

Sgt. Lynch received a grievance from Inmate John Miller Jr., who expressed concern about the removal of plastic wrap from his meal tray by the 4-12 shift. Inmate Miller questioned whether this action affected the kosher status of his food and whether it was permissible under dietary guidelines.

To address the grievance, Sgt. Lynch consulted Chaplain Cole to determine if the removal of plastic wrap impacted the kosher integrity of the meal. Chaplain Cole confirmed that the removal of the wrap does not violate kosher dietary laws in any way.

Following this confirmation, Sgt. Lynch conducted an on-site review in the kitchen to understand why the plastic wrap was originally applied to the meal. It was determined that the wrap was used solely for organizational purposes, ensuring that the kosher meal components remained together while being transported on the meal cart. It was not applied as a requirement for maintaining kosher standards but rather as a practical measure to keep the trays secure.

To further clarify the situation, Sgt. Lynch spoke with Sgt. Smithson, who explained that when Inmate Miller's meal is sent from the kitchen, it consists of two separate items: a small microwaveable meal and a Styrofoam tray. These trays are wrapped together in a single piece of plastic to ensure that staff recognize that both trays belong to the inmate and to prevent the smaller tray from shifting or falling off during transport.

Sgt. Smithson stated that he was asked by a deputy whether the plastic wrap was necessary for the meal, to which he responded that it was not. The wrap served only as a visual cue for staff, and its removal does not in any way compromise the kosher status of the food. He further clarified that at no point do the kosher trays come into contact with non-kosher food as a result of the plastic wrap being removed. Therefore, there is no risk of cross-contamination or violation of dietary restrictions that would prevent Inmate Miller from consuming his meal.

Based on this investigation, it has been determined that the removal of the plastic wrap does not impact the kosher integrity of the meal and is not a violation of any dietary guidelines.

| Reviewer Name: Lt. Y. Chester, C.O. S. | Reviewer Signature: | ID #: 458 | Date: 2/5/2025 |
|---|---|---|---|

Revised: 04/24

DC-110B